IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRAVISTENE JONES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 8:10CV275 |
| OMAHA HOUSING AUTHORITY, et al., | ) ) | PROTECTIVE ORDER |
| Defendants. | ) ) | |

WHEREAS, the Parties acknowledge that depositions of counsel of record in any case should be limited to situations in which (1) no other means exist to obtain the information than to depose opposing counsel; (2) the information sought is relevant and nonprivileged; and (3) the information is crucial to the preparation of the case; and

WHEREAS, the Parties acknowledge that Defense Counsel, George B. Achola ("Mr. Achola"), was the direct supervisor and/or supervisor of Plaintiff Travistene Jones at the Housing Authority of the City of Omaha (the "Authority") between May 2007 and July 4, 2008 (hereinafter, "the Pertinent Time,") and thus there may be certain limited information for which he is subject to deposition; and

WHEREAS, the Parties acknowledge that the deposition should be limited in scope to only those matters meeting the criteria described above, and that he is not subject to being deposed on any other matters;

The Parties have consented to the entry of a Protective Order, pursuant to Fed. R. Civ. P. 26(c), which shall govern the deposition of Defense Counsel, George B. Achola, to prevent unnecessary disclosure of privileged information.

IT IS ORDERED that the parties' Joint Motion for Protective Order (Doc. 17) is granted, as follows:

1. The scope of the deposition of Mr. Achola shall be expressly limited to matters regarding Travistene Jones' employment during the Pertinent Time or relevant to this action, of which Mr. Achola has knowledge in his capacity as Interim Human Resources Director.

2. Mr. Achola shall not be questioned on matters concerning his interpretation of Authority personnel policies and procedures, his knowledge of facts relating to any other Authority employee, his knowledge concerning this or any other pending litigation or threatened litigation not relevant to this matter.

DATED March 22, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge